**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:10-CV-462**
**[consolidating 3:10-CV-462 and 3:10-CV-543]**

| | |
|---|---|
| **THE CATO CORPORATION,** | ) |
| | ) |
| Plaintiff, | ) |
| | )     **3:10-CV-462** |
| Vs. | ) |
| | ) |
| **L.A. PRINTEX INDUSTRIES, INC.,** | ) |
| | ) |
| Defendant. | ) |
| _____ | |
| **L.A. PRINTEX INDUSTRIES, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | )     **3:10-CV-543** |
| | ) |
| **THE CATO CORPORATION,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**THIS MATTER** is before the court on a Joint Motion to Consolidate (Document #5). The two referenced disputes involve disputes between the same parties. Both cases arise from Cato's alleged infringement of LAPI's copyright rights. Moreover, the parties agree that both actions involve common questions of law and fact. Further support is provided for consolidation by the fact that both parties believe that virtually all of the witnesses, discovery and evidence in these

cases will be identical or provide significant overlap. Finally, judicial efficiency will be served by consolidating these cases. Therefore, pursuant to Rule 42 of the Federal Rules of Civil Procedure, it is hereby ordered that cases 3:10-cv-462 and 3:10-cv-543 are hereby consolidated.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the above captioned actions are **CONSOLIDATED** and the Joint Motion to Consolidate (Document #5) is **GRANTED.**

Signed: March 2, 2011

Richard L. Voorhees
United States District Judge