IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:10cv00462-MOC-DSC

THE CATO CORPORATION,

       Plaintiff,

v.

L.A. PRINTEX INDUSTRIES, INC.

       Defendant.
_____

L.A. PRINTEX INDUSTRIES, INC.,

       Plaintiff,

v.

THE CATO CORPORATION, a Delaware
Corporation; VOLUMECOCOMO APPAREL,
INC., a California Corporation; LI & FUNG
LTD., a Hong Kong Limited Company; and
DOES 3 through 10,

       Defendants.

**ORDER**

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Lora A. Moffatt]" (document #119) filed August 16, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.   Signed: August 16, 2012

David S. Cayer
United States Magistrate Judge