IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv462

| | | |
|---|---|---|
| THE CATO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| L.A. PRINTEX INDUSTRIES, INC., | ) | Case No.3:10-cv-00462 |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| L.A. PRINTEX INDUSTRIES, INC., | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No. 3:10-cv-00543 |
| | ) | |
| THE CATO CORP., a | ) | |
| Delaware corporation; | ) | |
| VOLUMECOCOMO APPAREL, INC., a | ) | |
| California Corporation; LI & FUNG | ) | |
| LTD., a Hong Kong Limited Company; | ) | |
| LF USA, INC., A New York Corporation; | ) | |
| and DOES 3 through 10, | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

**THIS MATTER** is before the court on the joint Motion to Dismiss LF USA, Inc. With Prejudice. Having considered the joint motion and reviewed the pleadings, and there being no objections to the relief sought, the court enters the following Order.

-1-

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion to Dismiss LF USA, Inc. With Prejudice (#154) is **GRANTED,** and the counterclaims asserted by L.A. Printex Industries, Inc. against counterclaim defendant LF USA, Inc., and the further counterclaims asserted by counterclaim defendant LF USA, Inc. against L.A. Printex Industries, Inc., are **DISMISSED** with prejudice, with such parties bearing their own costs and fees on such dismissed claims.

\

Signed: November 13, 2012

Max O. Cogburn Jr.
United States District Judge